## 29394. SCOTT v. SCOTT.

HALL, Justice.

Defendant husband appeals from a judgment of divorce and permanent alimony in Henry County Superior Court alleging that the court lacked jurisdiction because the plaintiff wife was not a bona fide resident of this state for six months preceding the filing of her application for divorce.

The evidence supports the judgment of the trial court. *Cates v. Cates,* 225 Ga. 612 (170 SE2d 416); *Abou-Issa v. Abou-Issa,* 229 Ga. 77 (189 SE2d 443).

*Judgment affirmed. All the Justices concur. Hill, J., not participating.*

SUBMITTED NOVEMBER 15, 1974 — DECIDED JANUARY 7, 1975.

*Hutcheson & Kilpatrick, Lee Hutcheson,* for appellant.

*Ray Tucker,* for appellee.